## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION DIVISION

| | | |
|---|---|---|
| IN RE: BARRY S. MC COY | § | CASE NO: 04-40717-H1-4 |
| GIASCHELL MC COY | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

**ENTERED**
**10/23/2009**

---

### ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$1,401.66** owed to **RECEIVABLES CONTROL CORP.** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the ___23rd___ day of ___October, 2009___.

_____
**DEPUTY CLERK**

81

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: BARRY S. MC COY | § | CASE NO: 04-40717-H1-4 |
| GIASCHELL MC COY | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

| UNCLAIMED FUNDS |
|---|

| NAME & ADDRESS: | CLAIM NO: | AMOUNT |
|---|---|---|
| RECEIVABLES CONTROL CORP. 7373 KIRKWOOD COURT #200 MINNEAPOLIS, MN 55369 | 6 | $1,401.66 |
| | | |
| TOTAL FOR UNCLAIMED FUNDS | | $1,401.66 |