IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: BARRY S. MC COY<br>GIASCHELL MC COY<br><br>DEBTOR(S) | §<br>§<br>§<br>§<br>§ | CASE NO: 04-40717-H1-4   ENTERED 05/12/2010<br><br><br>CHAPTER 13 |

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$11.72** owed to **BARRY S. MC COY GIASCHELL MC COY** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the _12TH_ day of _May_, _2010_

_Gary Goff_
DEPUTY CLERK

93

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: BARRY S. MC COY | § | CASE NO: 04-40717-H1-4 |
| GIASCHELL MC COY | § | |
| | § | |
| DEBTOR(S) | § | |
| | § | CHAPTER 13 |

### UNCLAIMED FUNDS

**NAME & ADDRESS:**          **AMOUNT**

BARRY S. MC COY
GIASCHELL MC COY          $11.72
22734 W. WATERLAKE DR.
RICHMOND, TX 77469

**TOTAL FOR UNCLAIMED FUNDS**          $11.72